STATE of Wisconsin EX REL. James D. LUEDTKE, Petitioner,

v.

Daniel BERTRAND, Respondent-Petitioner.

Supreme Court

No. 97–3238–W. *Oral argument April 8, 1999.—Decided May 28, 1999.*

(Also reported in 594 N.W.2d 370.)

For the respondent-petitioner the cause was argued by *Jody J. Schmelzer,* assistant attorney general, with whom on the briefs was *Charles D. Hoornstra,* assistant attorney general and *James D. Doyle,* attorney general.

For the petitioner there was a brief by *Stephen M. Compton* and *Brennan, Steil, Basting & MacDougall, S.C.,* Janesville and oral argument by *Stephen M. Compton.*

¶ 1. PER CURIAM. The court is equally divided on whether to affirm or reverse the published decision of the court of appeals, *State ex rel. Luedtke v. Bertrand,* 220 Wis. 2d 574, 583 N.W.2d 858 (Ct. App. 1998). Chief Justice Shirley S. Abrahamson and Justices Ann Walsh Bradley and David T. Prosser would

affirm; Justices Donald W. Steinmetz, William A. Bablitch and N. Patrick Crooks would reverse. Justice Jon P. Wilcox withdrew from participation.

¶ 2. Accordingly, the decision of the court of appeals is affirmed.

*By the Court.*—The decision of the court of appeals is affirmed.